McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAQIR SINGH, | 2:07-cv-1415 FCD DAD |
| Plaintiff, | |
| v. | STIPULATED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |
| EMILIO GONZALEZ, et al., | |
| Defendants. | |

Defendants, by his undersigned counsel, respectfully move, for an additional sixty (60) days to file the defendants' response to plaintiff's complaint, to and including November 16, 2007.

In his complaint, plaintiff alleges defendants have failed to timely process his application for adjustment of status. Agency officials have advised Government counsel that a notice of intent to deny the application was issued on September 7, 2007. Plaintiff has thirty-three days to respond to the notice. Following receipt of plaintiff's response, if any, defendants will conclude the adjudication of the application. Thus, plaintiff's application is in the last stages of adjudication.

Accordingly, defendants request an extension of the time in which to file their response to the complaint. Defendants expect the process to be complete within an additional 60, which includes

the 33 days given to plaintiff to respond to the notice of intent to deny. Defendants further request the deadline for filing a joint status report be stayed until defendants' file their response to the complaint.  This is defendants' first request for an extension in this case.  Plaintiff's counsel consents to this motion.

Dated: September 10, 2007           Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                             /s/ Ada E. Bosque
                                            ADA E. BOSQUE
                                            Department of Justice

## O R D E R

Pursuant to this Request for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until November 17, 2007.  It is further ORDERED that the deadline for filing of a joint status report is stayed, pending defendants' response to the complaint.

DATED: September 11, 2007

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE