McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAQIR SINGH, | ) | 2:07-cv-1415 FCD DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONDENTS' REQUEST FOR AN |
| v. | ) | EXTENSION OF TIME TO ANSWER |
| | ) | PETITION |
| EMILIO GONZALEZ, Director, | ) | |
| United States Citizenship | ) | |
| and Immigration Services, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants, by their undersigned counsel, respectfully move for

a twenty-one day extension to file a response to plaintiff's

complaint, to and including December 7, 2007.  This is defendants'

second request for an extension.

As explained in our first request for an extension, on

September 7, 2007, the agency issued a Notice of Intent to Deny

plaintiff's application for adjustment of status.  On October 9,

2007, plaintiff responded to the notice of intent to deny.  The

agency is in the final stages of considering plaintiff's

application.  Defendants ask for this brief extension to allow the

/////

/////

1  /////

2  to finalize the adjudication of plaintiff's application.   Plaintiff

3  consents to this motion.

4

5  Dated: November 16, 2007        Respectfully submitted,

6                                   McGREGOR W. SCOTT
                                    United States Attorney
7

8                                    /s/ Ada E. Bosque
                                    ADA E. BOSQUE
9                                   Special Assistant U.S. Attorney

10
                                    O R D E R
11

12     Pursuant to this Request for an Extension of Time and for the

13  reasons stated therein, IT IS HEREBY ORDERED that Defendants' motion

14  is granted, and IT IS FURTHER ORDERED that Defendants' file a

15  response to the complaint by December 7, 2007.

16     IT IS SO ORDERED.

17  DATED: November 16, 2007

18

19

20  _____
    FRANK C. DAMRELL, JR.
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2