McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAQIR SINGH, )<br>       )<br>       Plaintiff, )<br>       )<br>    v. )<br>       )<br>Emilio Gonzalez, Director, U.S. Citizenship )<br>and Immigration Services, )<br>       )<br>       Defendant. )<br>_____ ) | No. 2:07-cv -1415-FCD-DAD<br><br>JOINT STIPULATION OF DISMISSAL<br>AND ORDER |

This is an immigration case in which plaintiff alleged that defendants had delayed in the adjudication of his application for adjustment of status. On November 27, 2007, defendant granted plaintiff's application. Accordingly, the parties stipulate to the dismissal of these proceeding..

                                                                Respectfully submitted,

                                                                /s/ Ada E. Bosque
Dated: November 29, 2007                          Ada E. Bosque
                                                                Special Assistant United States Attorney


                                                                 /s/ Ajai Mathew
                                                                Ajai Mathew
                                                                Counsel for Plaintiff

**ORDER**

For the reasons set forth in the Joint Stipulation, IT IS HEREBY ORDERED that the case is dismissed.

Dated: November 30, 2007

                                                                _____
                                                                FRANK C. DAMRELL, JR.
                                                                UNITED STATES DISTRICT JUDGE